The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOEL U. WOODARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURYLINK, INC.,<br><br>Defendant. | No. 2:20-cv-00917-JLR<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: July 31, 2020 |

### I.   STIPULATION

The Parties, by and through their counsel, hereby stipulate and jointly move as follows: On June 12, 2020, plaintiff filed his Class Action Complaint for Damages ("Complaint"). Defendant CENTURYLINK, INC. was thereafter served with plaintiff's Complaint on July 12, 2020, thereby rendering the deadline for defendant's response to be July 31, 2020.

The parties agree that the defendant's time to respond to the Complaint shall be extended an additional thirty (30) days for defendant's response to provide time to conduct further investigation.

STIPULATED TO AND DATED this 31st day of July 2020

/ / /

/ / /

---

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT  - 1 USDC
No. 2:20-cv-00917

4843-0082-1436.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | |
|---|---|
| **LAW OFFICES OF MELISSA A. HUELSMAN, P.S.**<br><br>By: *s/Melissa A. Huelsman*<br>Melissa A. Huelsman, WSBA #30935<br>705 Second Avenue, Suite 606<br>Seattle, Washington 98104<br>(206) 447-0103 / (206) 673-8220 Fax<br>mhuelsman@predatorylendinglaw.com<br>*Attorney for Plaintiffs* | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>By: *s/Kathleen A. Nelson*<br>Kathleen A. Nelson, WSBA #22826<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>(206) 436-2020 / (206) 436-2030 Fax<br>kathleen.nelson@lewisbrisbois.com<br>*Attorney for Defendant* |

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT  - 2 USDC No. 2:20-cv-00917

4843-0082-1436.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

## II.  ORDER

IT IS HEREBY ORDERED THAT

The July 31, 2020 deadline for defendant's time to respond to plaintiff's Complaint shall be extended thirty (30) days, and defendant's response to the Complaint shall be filed no later than August 31, 2020.

This Order does not affect any deadlines in this case other than those specified above.

IT IS SO ORDERED.

DATED this third day of August, 2020

_____
The Honorable James L. Robart

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT   - 3 USDC
No. 2:20-cv-00917

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4843-0082-1436.1